IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
OCT 03 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN BRADLEY, Plaintiff, v. GORDON R. ENGLAND, Secretary of the United States Department of the Navy, Defendant. | ) | CA No. 04-412ML |

Granted. Mary M. Lisi USDJ 10/4/05

**JOINT MOTION TO AMEND PRETRIAL ORDER**

Counsel for Plaintiff and Defendant jointly request that the Pretrial Order in the within matter be amended to provide as follows:

1. That all discovery be closed and completed by Friday, January 6, 2006;
2. That Plaintiff make its expert witness disclosures as required by F.R. Civ. P. 26(a)(2) by Friday, November 4, 2005;
3. That Defendant make its expert witness disclosures as required by F.R. Civ. P. 26(a)(2) by Friday, December 2, 2005;
4. That dispositive motions by filed by Friday, January 20, 2006;
5. That pre-trial motions be filed thirty (30) days after a decision on any dispositive motion, or if no dispositive motions are filed, by Friday, February 10, 2006.

As grounds for this motion, counsel state as follows. This matter was recently reassigned to the undersigned Assistant United States Attorney, Lisa Dinerman, necessitating a delay in order for the AUSA to become familiar with the case. Notwithstanding, both parties have issued and responded to interrogatories in this matter. The Defendant has provided approximately 1,000

pages of documents in response to Plaintiff's request for production and issued a request for production to Defendant on August 26, 2005.

Discovery to date has revealed a significant number of factual issues which need to be addressed by depositions. Due to the complex nature of the issues involved, the length of Plaintiff's employment with the Defendant, and the difficulty in locating some witnesses, the parties anticipate that the deposition process will take more time than originally contemplated.

Counsel will make themselves available to the Court should it desire to conference this matter.

RESPECTFULLY SUBMITTED,

ROBERT CLARK CORRENTE
United States Attorney

Joseph F. Hook, Esq. Bar #5418
Counsel for Plaintiff
294 Valley Road
Middletown, R.I. 02849
(401) 846-5200
(401) 848-0984

Lisa Dinerman Bar #2689
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, R.I. 02903
(401) 709-5000
(401) 709-5017