**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001
CIVIL FAX (401) 709-5017

October 25, 2005

Joseph F. Hook, Esq.
294 Valley Road
Middletown, Rhode Island 02842

VIA FAX AND REGULAR MAIL
(401) 848-0984

Re: Bradley v. England
CA 04-412ML

Dear Mr. Hook:

On September 24, 2005, the Government issued its First Request for Production of Documents to the plaintiff. Plaintiff's response was due on Monday, October 24, 2005. As you know, we have already amended the pre-trial order in this case to extend discovery. However, discovery still must be completed within the next couple of months and other disclosures are required prior to that date.

Accordingly, I must request that plaintiff respond to our request for production no later than Monday, November 1, 2005. Otherwise, the Government will be unable to take the necessary steps to prepare its case for trial.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

Lisa Dinerman
Assistant U.S. Attorney