UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Alan Bradley<br>Defendant | ) | |
| | ) | |
| v. | ) | C.A. NO. 04-412ML |
| | ) | |
| Gordon R. England, Secretary of the<br>United States Department of the Navy | ) | |

**NOTICE OF DEPOSITION**

Please take notice that the defendant will take the deposition upon oral examination of **Keeper of Records, Brooks Pharmacy** on Wednesday, November 30, 2005, at 10:00AM at the United States Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, Rhode Island, before an official United States Court Reporter or before some other person authorized by law to take depositions.

Respectfully Submitted,

ROBERT CLARK CORRENTE
United States Attorney

LISA DINERMAN
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

**CERTIFICATION**

I hereby certify that on the 15th day of November, 2005, I forwarded by mail a copy of the within document, to:

Joseph F. Hook, Esq.
294 Valley Road
Middletown, RI 02842

[signature]