FIL[illegible]
NOV [illegible]
DISTRICT OF RHODE [illegible]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALAN BRADLEY, :
Plaintiff :
v. : CA No. 04-412ML
GORDON R. ENGLAND, Secretary of the United States Department of the Navy, :
Defendant :

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Barbara Barletta
Deputy Clerk
Date: 11/25/05

## DEFENDANT'S MOTION TO COMPEL RESPONSE TO FIRST REQUEST FOR PRODUCTION

Defendant hereby moves this Court to order Plaintiff to respond to Defendant's September 20, 2005 First Request for Production (Attachment A) no later than five (5) calendar days after the entry of an Order compelling such response. As grounds for this motion, Defendant states that notwithstanding its good faith efforts to resolve this matter without the filing of this Motion, Defendant has not received compliance with its request for production. More specifically, on October 25, 2005, Defendant faxed and mailed a letter to Plaintiff's counsel requesting compliance with its request no later than November 1, 2005. Plaintiff's counsel immediately telephoned the undersigned and advised that he would provide the documents on Monday, October 31, 2005. (Attachment B.) On about November 2, 2005, Plaintiff's counsel left a voicemail message with the undersigned indicating that the documents would be delivered to the office of the United States Attorney by Friday, November 4, 2005.

As of this date, Monday, November 6, 2005, Defendant still has not received a response to its document request. Defendant cannot conduct further discovery until it receives the materials its has requested.

RESPECTFULLY SUBMITTED,

ROBERT C. CORRENTE
United States Attorney

Lisa Dinerman Bar #2689
Assistant United States Attorney
401 709-5000
401 709-5017 (fax)

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Compel Production of Documents has been sent, postage prepaid, this 6th day of November, to Joseph F. Hook, Esq. 294 Valley Road, Middletown, Rhode Island 02842.