IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN BRADLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CA No. 04-412ML |
| | ) | |
| GORDON R. ENGLAND, Secretary of the United States Department of the Navy, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S ASSENTED TO**
**MOTION TO AMEND PRETRIAL ORDER**

Counsel for Defendant respectfully requests that the Pretrial Order in the within matter be amended to extend the discovery closure date to February 28, 2006. As grounds for this motion, counsel states that she will be on leave pursuant to the Family Medical Leave Act from approximately January 24 to February 13, 2006.

The current Pretrial Order provides, in pertinent part, that discovery be closed and completed by Friday, January 6, 2006. To date, counsel for both parties have exchanged substantial written discovery. Plaintiff recently requested that the depositions of four (4) current or former government employees be scheduled between December 20 and January 1. However, Counsel for Defendant is court-excused during that period. The Defendant also needs to depose the plaintiff and 2 of plaintiff's proposed witnesses. [1]

Given the volume of documents produced, the complexity of the facts in this Title VII case, and the difficulty in obtaining witness availability at the end of December, counsel agree

Granted. Mary M. Lisi USDJ 12/2/05

[1] Notwithstanding this request for extension of discovery, the parties are working diligently to locate witnesses and complete depositions prior to mid-January.

that additional time is needed to complete depositions. As a result of unforeseen events, the undersigned will be unable to fully attend to her professional duties for a period of time in January and February. Counsel for both parties agree that extending the time to take depositions up to and including February 28, 2006 will permit both sides to properly prepare their case, and will not result in prejudice to either party.

Accordingly, counsel for Defendant, with the consent of Plaintiff's counsel, respectfully requests that the time to complete discovery be extended to February 28, 2006; that dispositive motions by filed by March 17, 2006; and that pre-trial motions be filed thirty (30) days after a decision on any dispositive motion, or if no dispositive motions are filed, by April 7, 2006. Counsel will make themselves available to the Court should it desire to conference this matter. [2]

RESPECTFULLY SUBMITTED,

ROBERT CLARK CORRENTE
United States Attorney

Lisa Dinerman Bar #2689
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, R.I. 02903
(401) 709-5000
(401) 709-5017

[2] Counsel for Plaintiff has graciously agreed that should the Court have any questions concerning the nature of the medical leave, the undersigned may communicate *ex parte* with the Court regarding same.

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Amend Pretrial Order has been sent, postage prepaid, this 1st day of December, 2005 to Joseph F. Hook, 294 Valley Road, Middletown, Rhode Island 02842.

Linda A. Mezmanian