UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Alan Bradley<br>Plaintiff<br><br>v.<br><br>Gordon R. England, Secretary of the<br>United States Department of the Navy<br>Defendant | C.A. NO. 04-412ML |

**NOTICE OF DEPOSITION**

Please take notice that the defendant will take the deposition upon oral examination of **Alan Bradley** on Wednesday, January 18, 2006, at 9:30AM at the United States Attorney's Office, Fleet Center, 8th Floor, 50 Kennedy Plaza, Providence, Rhode Island, before an official United States Court Reporter or before some other person authorized by law to take depositions.

Respectfully Submitted,

ROBERT CLARK CORRENTE
United States Attorney

LISA DINERMAN
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, Eighth Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5017 (fax)

**CERTIFICATION**

I hereby certify that on the 10th day of January, 2006, I forwarded, by postage prepaid mail, a copy of the Notice of Deposition to:

Joseph F. Hook, Esq.
294 Valley Road
Middletown, RI 02842