IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN BRADLEY,<br><br>Plaintiff,<br><br>v.<br><br>GORDON R. ENGLAND, Secretary of the United States Department of the Navy,<br><br>Defendant. | ) | C.A. No. 04-412ML<br>**UNOPPOSED MOTION** |

**DEFENDANT'S ASSENTED TO**
**MOTION TO AMEND PRETRIAL ORDER**

Counsel for Defendant respectfully requests that the Pretrial Order in the within matter be amended to extend the discovery closure date from February 28, 2006 to May 30, 2006. As grounds for this motion, Defendant states as follows:

1. This matter had been assigned to Assistant United States Attorney Lisa Dinerman. Recently, Ms. Dinerman was unable to attend to this matter because of a health issue in her family. Indeed, she reported that issue to the Court and was granted a one-month extension of the discovery deadline. Defendant's Motion to Amend Pretrial Order, Docket Item No. 15. Ms. Dinerman recently left the Office on short notice and is no longer employed in the United States Attorney's Office. Consequently, this matter has been reassigned to Assistant United States Attorney, Anthony C. DiGioia. While AUSA DiGioia has a passing familiarity with this case because he handled it for a short time in the early part of 2005, many things have occurred since then and AUSA DiGioia needs some time to re-familiarize himself with the case and attend to numerous matters that were transferred to him from AUSA Dinerman.

2. The current Pretrial Order provides that discovery be closed and completed by

Tuesday, February 28, 2006. To date, counsel for both parties have exchanged substantial written discovery and conducted some depositions. Additionally, counsel for plaintiff has noticed several depositions to be taken during the month of February, and new counsel for the Defendant must take at least three additional depositions.

3. Given the volume of documents produced, the complexity of the facts in this Title VII case, counsel agree that additional time is needed to complete the depositions. Counsel for both parties agree that extending the time to complete discovery by three additional months, up to and including May 30, 2006, will permit both sides to properly prepare their case, and will not result in prejudice to either party.

4. Accordingly, counsel for Defendant, with the consent of Plaintiff's counsel, respectfully requests that the time to complete discovery be extended to May 30, 2006; that dispositive motions be filed by June 13, 2006; and that pre-trial motions be filed thirty (30) days after a decision on any dispositive motion, or if no dispositive motions are filed, by June 29, 2006.

5. Counsel will make themselves available to the Court should it desire to conference this matter.

WHEREFORE, Defendant respectfully requests that the Pretrial Order be amended as requested herein.

Respectfully Submitted,

ROBERT CLARK CORRENTE
United States Attorney

ANTHONY C. DIGIOIA Bar #2495
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, R.I. 02903
(401) 709-5000
(401) 709-5017

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Motion to Amend Pretrial Order has been sent, postage prepaid, this 2nd day of February, 2006 to Joseph F. Hook, 294 Valley Road, Middletown, Rhode Island 02842.

Nancy A DiQuinzio