IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN BRADLEY,<br>Plaintiff | : | |
| v. | : | C.A. NO. 04-412ML |
| GORDON R. ENGLAND, Secretary of the United States Department of the Navy,<br>Defendant | : | |

**NOTICE OF DEPOSITION**

To: Alan Bradley
c/o Joseph F. Hook, Esq.
294 Valley Road
Middletown, RI 02842

Please take notice that the defendant, the United States of America, will take the deposition upon oral examination of the Plaintiff Alan Bradley on Wednesday, May 17, 2006 at 10:00 a.m. at the United States Attorney's Office, Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903, before an official United States Court Reporter or before some other person authorized by law to take depositions.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ANTHONY C. DIGIOIA
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of May, 2006, I caused a copy of the foregoing Notice of Deposition to be forwarded, by regular mail, to:

Joseph F. Hook, Esq.
294 Valley Road
Middletown, RI 02842

/s/ [signature]