IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN BRADLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-412ML |
| | ) | |
| GORDON R. ENGLAND, Secretary of the United States Department of the Navy, | ) | **UNOPPOSED MOTION** |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO AMEND PRETRIAL ORDER**

Counsel for Defendant respectfully requests that the Pretrial Order in the within matter be amended to extend the dispositive motion closure date to July 30, 2006. As grounds for this motion, counsel for Defendant states that discovery has been completed, including numerous depositions. Counsel is still awaiting transcripts for several depositions, including the plaintiff's, which must be reviewed by the deponent before they are finalized. Some of these depositions will be cited in defendant's motion for summary judgment. Additionally, counsel for defendant will be on a prepaid vacation from June 30, 2006 through July 17, 2006.

Accordingly, counsel for Defendant, with the consent of Plaintiff's counsel, respectfully requests that the time for filing dispositive motions be extended to July 30, 2006; and that pre-trial motions be filed thirty (30) days after a decision on any dispositive motion, or if no dispositive motions are filed, by August 30 , 2006.

Counsel for Plaintiff has no objection to this motion.

WHEREFORE, Defendant respectfully requests that the Pretrial Order be amended as requested herein.

Respectfully Submitted,

ROBERT CLARK CORRENTE
United States Attorney

ANTHONY C. DIGIOIA Bar #2495
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, R.I. 02903
(401) 709-5000
(401) 709-5017

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Motion to Amend Pretrial Order has been sent, postage prepaid, this 15th day of June, 2006 to Joseph F. Hook, 294 Valley Road, Middletown, Rhode Island 02842.