UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN BRADLEY<br>Plaintiff | : | |
| V. | : | CA 04-412ML |
| GORDON R. ENGLAND in his capacity<br>As Secretary of the Department of the<br>United States Navy<br>Defendant | : | |

**PLAINTIFF'S MOTION TO AMEND THE PRE-TRIAL ORDER TO EXPAND THE DISCOVERY PERIOD**

Now comes the Plaintiff in the above captioned matter who hereby moves this Honorable Court to amend the pre-trial order to allow for additional discovery as set forth below. Counsel for the Plaintiff avers that discover has been substantially completed and there have been numerous depositions taken in this case. However, the Plaintiff is requesting that the discovery schedule be extended so that he will be able to take one additional deposition of Jana Hubner on July 21, 2006. Jana Hubner is a material witness that counsel for the Defendant represents that he intends to introduce as a witness.

In addition, the Plaintiff has subpoened records from Defense Department which are to be produced before July 21, 2006. These records relate to the damages or back pay

that the Plaintiff contends he sustained or is entitled to.

Also, the Plaintiff has filed a motion to compel production of certain documents that are protected under the privacy act, and are in the Plaintiff's opinion material to this case.

Wherefore, the Plaintiff prays that the discovery period be extended to allow for the deposition of Jana Hubner, the obtaining of the documents held by the Defense Financing Accounting Service, and for the motion to compel to be heard and complied with, if the court so orders.

Counsel for the Plaintiff represents that this will complete discovery.

Plaintiff
By his attorney

**Joseph F. Hook., #5418**
294 Valley Road
Middletown, RI 02842
(401) 846-5200

CERTIFICATE OF SERVICE

I the undersigned certify that on this 22 day of June 2006, I mailed a true copies of the within motion to Anthony DiGioia, Esq. the United States Attorney Office, 50 Kennedy Plaza, Providence, Rhode Island 02903.