IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALAN BRADLEY,
Plaintiff,
v.
GORDON R. ENGLAND, Secretary of the United States Department of the Navy,
Defendant.

C.A. No. 04-412ML

**JOINT MOTION FOR A PROTECTIVE ORDER**

The plaintiff, Alan Bradley, and the defendant, Gordon England, Secretary, Department of Navy, by and through their undersigned attorneys, hereby request that this Court enter a Protective Order so that various documents which are subject to the provisions of 5 U.S.C. § 552a ("Privacy Act"), and which concern employees of the United States, can be disclosed to the parties. The parties have submitted herewith a proposed Protective Order to be entered by the Court if it deems it appropriate.

The entry of an Order pursuant to this Joint Motion shall not be deemed a waiver of any party's right to raise specific Privacy Act objections to the production of specific documents. The Order herein proposed is designed to protect the parties from suits for release of information protected by the Privacy Act. Both parties reserve the right to raise Privacy Act objections on a document by document basis if they believe particular documents should not be disclosed without a separate order from the Court balancing a party's need for the documents against the Privacy Act interests of the subject of that information.

Moreover, the parties agree that the entry of this proposed Order will not affect any prior violations of the Privacy Act that may have occurred, and both parties agree that they will not offer this motion or the Court's Order in any hearing or forum considering whether any events occurring before the entry of this Order violated the Privacy Act.

Respectfully submitted,

PLAINTIFF

Joseph F. Hook, Esq.
294 Valley Road
Middletown, RI 02842
(401) 846-5200
Attorney for Plaintiff

7/3/06
Date

DEFENDANT

Anthony C. DiGioia, #2495
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
Attorney for Defendant

7/5/06
Date

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 5th day of ~~June~~ July, 2006, I placed a copy of the foregoing in the U.S. mail service, first class postage prepaid, addressed to:

Joseph F. Hook, Esq.
294 Valley Road
Middletown, RI 02842