UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALAN BRADLEY
Plaintiff

V. CA 04-412ML

**UNOPPOSED MOTION**

GORDON R. ENGLAND in his capacity
As Secretary of the Department of the
United States Navy
Defendant

Granted. Mary M. Lisi USDJ 7/6/06

**PLAINTIFF'S MOTION TO AMEND THE PRE-TRIAL ORDER**

Now comes the Plaintiff in the above captioned matter who hereby moves this Honorable Court to amend the pre-trial order to allow for additional discovery as set forth below. Counsel for the Plaintiff avers that discover has been substantially completed and there have been numerous depositions taken in this case. However, the Plaintiff intends to take one more deposition of a material witness on July 21, 2006, namely Janet Hubner, and is seeking certain documents that are protected under the privacy act, and are in the Plaintiff's opinion material to this case. Plaintiff and the Defendant have reached and agreement, subject to the approval of the Court concerning the disclosure of these documents to the Plaintiff.

Plaintiff is requesting that the pre-trial order be amended so that discover closure date be July 31, 2006, and that dispositive motions be due on or before August 31, 2006,

and the pre trial order will be due three weeks after a decision on a dispositive motion. If no dispositive motion is filed the pre-trial order is to be due on September 29, 2006.

Counsel for the Plaintiff represents that this will complete discovery.

Plaintiff
By his attorney

**Joseph F. Hook., #5418**
294 Valley Road
Middletown, RI 02842
(401) 846-5200

CERTIFICATE OF SERVICE

I the undersigned certify that on this 3 day of July 2006, I mailed a true copies of the within motion to Anthony DiGioia, Esq. the United States Attorney Office, 50 Kennedy Plaza, Providence, Rhode Island 02903.