UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN BRADLEY<br>Plaintiff | : | |
| V. | : | CA 04-412ML |
| GORDON R. ENGLAND in his capacity<br>As Secretary of the Department of the<br>United States Navy<br>Defendant | : | |

7/6/06. DENIED AS MOOT. See Docket Entry #33. USMJ

**PLAINTIFF'S MOTION TO AMEND THE PRE-TRIAL ORDER TO EXPAND THE DISCOVERY PERIOD**

Now comes the Plaintiff in the above captioned matter who hereby moves this Honorable Court to amend the pre-trial order to allow for additional discovery as set forth below. Counsel for the Plaintiff avers that discover has been substantially completed and there have been numerous depositions taken in this case. However, the Plaintiff is requesting that the discovery schedule be extended so that he will be able to take one additional deposition of Jana Hubner on July 21, 2006. Jana Hubner is a material witness that counsel for the Defendant represents that he intends to introduce as a witness.

In addition, the Plaintiff has subpoened records from Defense Department which are to be produced before July 21, 2006. These records relate to the damages or back pay