UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN BRADLEY<br>Plaintiff | : | |
| V. | : | CA 04-412ML |
| GORDON R. ENGLAND in his capacity<br>As Secretary of the Department of the<br>United States Navy<br>Defendant | : | |

**PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Now comes the Plaintiff in the above captioned matter who hereby moves this Honorable Court to compel the Defendant to produce certain documents requested in the Plaintiff's first request for production of documents propounded upon the Defendant, documents requested in **Exhibit A** attached to a notice of deposition to Karen Peckham, that the parties agreed to treat as a request for production of documents.

Pursuant to the requests, the Plaintiff has sought production of the following documents that are protected by the Privacy Act under 5 USC 552a, and is requesting that this Honorable Court issue and order compelling the Defendant to produce the documents requested because he has a need for the documents to properly prosecute his claims alleging discrimination based upon disability and reprisal.

7/6/06: DENIED AS MOOT. See Docket Entry #33.
USMJ