IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN BRADLEY,<br>Plaintiff, | ) | |
| v. | ) | C.A. No. 04-412ML |
| GORDON R. ENGLAND, Secretary of the United States Department of the Navy,<br>Defendant. | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Now comes Gordon R. England, Secretary of the United States Department of the Navy, by and through his attorneys, and moves that the time for filing dispositive motions be enlarged up to and including September 11, 2006. Significant work has been done on the Motion for Summary Judgment and Memorandum, but this additional time is necessary to gather the materials for and to finalize the Appendix. Plaintiff has no objection to this extension of time.

Respectfully submitted,

JO ANNE B. BARNHART,
Commissioner of Social Security

By her Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Anthony C. DiGioia
ANTHONY C. DIGIOIA, #2495
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: anthony.digioia@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 31st day of August, 2006, I caused to be electronically filed the within Defendant's Motion for Extension of Time with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

Joseph F. Hook,Esq.,
294 Valley Road
Middletown, Rhode Island 02842

/s/ Anthony C. DiGioia

ANTHONY C. DIGIOIA, #2495
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: anthony.digioia@usdoj.gov