IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN BRADLEY, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | C.A. NO. 04-412ML |
| | ) | |
| GORDON R. ENGLAND, | ) | |
| Secretary of the U.S. | ) | |
| Department of the Navy, | ) | |
| Defendant | ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT**

______Now comes Gordon R. England, Secretary of the United States Department of the Navy, by and through his attorneys, and respectfully requests that the Court enter an order granting the Defendant a summary judgment. In support of this motion, Defendant relies upon the Memorandum of Law and Statement of Facts as to Which There Is No Genuine Dispute filed herewith.

Respectfully submitted,

GORDON R. ENGLAND, SECRETARY,
DEPARTMENT OF THE NAVY,

By his attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Anthony C. DiGioia
ANTHONY C. DIGIOIA, #2495
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: anthony.digioia@usdoj.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 11th day of September, 2006, I caused to be electronically filed the within Defendant's Motion for Summary Judgment with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

Joseph F. Hook,Esq.,
294 Valley Road
Middletown, Rhode Island 02842

/s/ Anthony C. DiGioia
ANTHONY C. DIGIOIA, #2495
Assistant U.S. Attorney