UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN BRADLEY<br>Plaintiff | : | |
| V. | : | CA 04-412ML |
| | : | **UNOPPOSED MOTION** |
| GORDON R. ENGLAND in his capacity<br>As Secretary of the Department of the<br>United States Navy<br>Defendant | : | |

**PLAINTIFF'S MOTION TO EXTEND THE TIME TO FILE AN OBJECTION AND SUPPORTING MEMORANDUM OF LAW IN RESPONSE TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiff in the above captioned matter who through his attorney Joseph F. Hook, Esq, moves this Honorable Court to extend the time in which he is permitted to file an objection and supporting memorandum of law in opposition to the Defendant's motion for summary judgment filed on September 11, 2006. The Plaintiff prays that he be permitted to have an additional 11 days, or up and through Monday **October 2, 2006** to file an objection and supporting memorandum of law.

Counsel for the Plaintiff avers that he has conferred with the Defendant's attorney and has been advised that the defendant does not object to this motion.

Plaintiff
By his attorney

**Joseph F. Hook., #5418**
294 Valley Road
Middletown, RI 02842
(401) 846-5200

CERTIFICATE OF SERVICE

I the undersigned certify that on this 20 day of September 2006, I mailed a true copies of the within motion to Anthony DiGioia, Esq. the United States Attorney Office, 50 Kennedy Plaza, Providence, Rhode Island 02903.