UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN BRADLEY<br>Plaintiff | : | |
| V. | : | CA 04-412ML |
| GORDON R. ENGLAND in his capacity<br>As Secretary of the Department of the<br>United States Navy<br>Defendant | : | |

**PLAINTIFF'S THIRD MOTION TO EXTEND THE TIME TO FILE AN OBJECTION AND SUPPORTING MEMORANDUM OF LAW IN RESPONSE TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiff in the above captioned matter who through his attorney Joseph F. Hook, Esq, moves this Honorable Court to extend the time in which he is permitted to file an objection and supporting memorandum of law in opposition to the Defendant's motion for summary judgment filed on September 11, 2006. The Plaintiff prays that he be permitted to have up and through Tuesday **October 10, 2006** to file an objection and supporting memorandum of law.

Plaintiff

By his attorney

/s/ Joseph F. Hook
**Joseph F. Hook., #5418**
294 Valley Road
Middletown, RI 02842
(401) 846-5200

CERTIFICATE OF SERVICE

I the undersigned certify that on this 6th day of October 2006, I electronically served Anthony DiGioia, Esq. the United States Attorney Office, 50 Kennedy Plaza, Providence, Rhode Island 02903 at anthony.digioia@usdoj.gov.

/s/ Joseph F. Hook