UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN BRADLEY<br>Plaintiff | : | |
| V. | : | CA 04-412ML |
| GORDON R. ENGLAND in his capacity<br>As Secretary of the Department of the<br>United States Navy<br>Defendant | : | |

**PLAINTIFF'S FOURTH MOTION TO EXTEND THE TIME TO FILE AN OBJECTION IN RESPONSE TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXTEND TIME TO FILE THE PLAINTIFF'S STATEMENT OF FACTS AND DISPUTED FACTS, AND EXHIBITS RELIED UPON BY PLAINTIFF IN OPPOSITION TO THE DEFENDANTS MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiff in the above captioned matter who through his attorney Joseph F. Hook, Esq, moves this Honorable Court to extend the time in which he is permitted to file an objection to the Defendant's motion for summary judgment dated September 11, 2006, and the supporting exhibits in opposition to that motion. The Plaintiff prays that he be permitted to have up and through Wednesday **October 11, 2006** to file the objection, statement of facts and disputed facts, and supporting exhibits.

The Plaintiff filed his memorandum of law in opposition to the Defendants motion for summary judgment through the ECF system of October 10, 2006, but was unable to complete the task of scanning the exhibits that are referred to in that memo for filing on October 10, 2006.

Wherefore, the Plaintiff prays that he have until Wednesday **October 11, 2006** to file the

objection, statement of facts and disputed facts, and supporting exhibits

Plaintiff

By his attorney

/s/ Joseph F. Hook
**Joseph F. Hook., #5418**
294 Valley Road
Middletown, RI 02842
(401) 846-5200

CERTIFICATE OF SERVICE

I the undersigned certify that on this 11th day of October 2006, I electronically served Anthony DiGioia, Esq. the United States Attorney Office, 50 Kennedy Plaza, Providence, Rhode Island 02903 at anthony.digioia@usdoj.gov.

/s/ Joseph F. Hook