UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN BRADLEY | : | |
| Plaintiff | : | |
| | : | |
| | : | |
| | : | CA 04-412ML |
| | : | |
| | : | |
| GORDON R. ENGLAND | : | |
| Secretary of the US Navy | : | |
| Defendant | : | |

PLAINTIFF'S OBJECTION TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Now comes the Plaintiff Alan Bradley in the above captioned matter who hereby files his objection to the Defendant's motion for summary judgment.

PLAINTIFF
Alan Bradley
By his Attorney

/s/ Joseph F. Hook

_____________________________
Joseph F. Hook, RI Bar No 5418
294 Valley Road
Middletown, RI 02842
(401) 846-5200
Fax (401) 848-0984

CERTIFICATE OF SERVICE

I the undersigned certify that on this 11th of October , I e-mailed true copy of the within memorandum of law to Anthony DiGioia, Esq, Assistant US Attorney at anthony.digio@usdoj.gov.

/s/ Joseph F. Hook