UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN BRADLEY<br>Plaintiff | : | |
| | : | CA 04-412ML |
| GORDON R. ENGLAND<br>Secretary of the US Navy<br>Defendant | : | |

DECLARATION OF JOSEPH F. HOOK

Now comes Joseph F. Hook, who does say that the exhibits attached hereto are true and accurate copies of the following.

1. Affidavit of Alan Bradley dated October 10, 2006, and EEOC Affidavit dated August 16, 2002.

2. Affidavit of Victor Ramsey dated April 24, 2006.

3. Excerpts of deposition of Robert Corey.

4. Excerpts of deposition of Captain Ruth Cooper (parts 1, 2 and 3)

5. Excerpts of deposition of Jana Hubner.

6. Excerpts of deposition of Charles Silvia (parts 1 and 2)

7. Excerpts of deposition of William Murphy.

8. Excerpts of deposition of Alan Shannon.

9. Excerpts of deposition of James Allen.

10 Defendant's answers to interrogatories.

/s/ Joseph F. Hook

Joseph F. Hook Bar No. 5418
294 Valley Road
Middletown, RI 02842
(401) 846-5200

CERTIFICATE OF SERVICE

I the undersigned certify that on this 11th of October , I e-mailed true copy of the within declaration to Anthony DiGioia, Esq, Assistant US Attorney at anthony.digio@usdoj.gov.

/s/ Joseph F. Hook