PLAINTIFF'S EXHIBIT NO. 1 FOR IDENTIFICATION Evans DATE: 6-6-06 RPTR: PENGAD 800-631-6989

MEMORANDUM FOR THE RECORD

Date: 26 July 2001

From: Buzz Evans

Subject: Settlement agreement with agency (Naval Station Newport (NAVSTANPT) and Alan Bradley, EEO Activity Number 00-32411-003 of 25 January 2001

Action: Alan Bradley requested a meeting with the Commanding Officer Naval Station Newport, Captain R. A. Cooper, to express his concerns about not fulfilling the agreement to afford him priority consideration for a housing management position, GS-1173-09, advertised for recruitment at Naval Station Newport.

On Thursday, 26 July 2001, a meeting was held from 0830 – 0930 in Captain Cooper's office with Alan Bradley. The CO asked me to attend this meeting and Alan Bradley had no objections.

Agenda of the Meeting:

1. The meeting started out with Alan Bradley telling the CO she didn't keep her agreement and Captain Cooper told Alan Bradley she was offended that he could make strong statements to her about not listening to his concerns and failure to inform him personally that the housing positions advertised at Naval Station Newport had to be pulled from recruitment due to a possible privatization or C/A study being proposed on this function.

2. Alan Bradley stated that he was being discriminated against due to the positions being canceled, and again asked Captain Cooper to agree to re-assigning him into a position with an incretion of duties

3. Captain Cooper directed me to rewrite a job description for Alan Bradley with a series that would warrant a GS rating of 7/8 if possible. I explained at that time if we do incretion of duties it would be at the GS-07 level. Alan Bradley seemed to be contented with this action.

4. Prior to ending the meeting, Captain Cooper explained to Alan Bradley how much she got involved with his case to be sure his accommodations were met and said she was hurt that he expressed to her that she didn't care about his complaints. The meeting ended and I agreed to write the job description and brief Captain Cooper on the outcome of the classification that would probably take a good 90 days.

Respectfully

Buzz Evans
Assistant Base Operations Head

D-00823