UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALAN BRADLEY
Plaintiff

V. : CA 04-412ML

GORDON R. ENGLAND in his capacity
As Secretary of the Department of the
United States Navy
Defendant

**AFFIDAVIT**

Now comes Victor Ramsey in the above captioned matter who does depose and say as follows:

1. My name is Victor Ramsey and I reside at 2 Shang Ra La Lane, Middletown, Rhode Island 02842. I have been employed by the Department of the United States Navy and have worked at Naval Station Newport since 1993.

2. In the Spring of 2002 I was detailed into the position of Green Lane Housing Manager at Naval Station Newport. Robert Corey assigned me to this position. The title of my position was "contract liaison" in the Green Lane Housing Community and I was a GS-7. However, my job was really that of a Housing Manager. Before obtaining this position I was a pipe fitter in the housing department.

3. Initially Mark Silvia was my supervisor, however, Charles Silvia became my supervisor while I held the position as the Green Lane Housing Manager.

4. While I held the position as the Green Lane Housing Manager in the year 2002, I spoke to Charles Silvia about making my position permanent as the Green Lane Housing Manager. At that time, Charles Silvia told me that Alan Bradley had filed a complaint, and that because of that complaint, that he would have to hire Alan Bradley before he could make my promotion permanent. He told me that this was not going to happen, and that "Alan would not be given a position in the Housing Department while

he was there." He further said that "Alan was not coming into the Housing Department and that I could thank Alan for not getting a permanent promotion."

5. I understood Charles Silvia's statements to mean that he was not going to allow Alan Bradley to be hired as a Housing Manager.

6. In the late fall of 2002, after the above referred to conversation with Charles Silvia, I was removed from my position as the Green Lane Housing Manager.

Victor Ramsey

Victor Ramsey

Subscribed and Sworn Before me on this 24th day of April 2006.

Notary Public: ______________
My Commission Expires: 7/14/2009

CERTIFICATE OF SERVICE

I the undersigned certify that on this 23 day of May 2006, I mailed a true copy of the within affidavit to Anthony DiGoia, Esq. United States Attorney's Office. 50 Kennedy Plaza, 8th Floor Providence, Rhode Island 02903.

______________