IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN BRADLEY, | ) | |
| Plaintiff | ) | |
| vs. | ) | C.A. NO. 04-412ML |
| | ) | |
| GORDON R. ENGLAND, | ) | |
| Secretary of the U.S. | ) | |
| Department of the Navy, | ) | |
| Defendant | ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

______Gordon R. England, Secretary of the United States Department of the Navy, by and through his undersigned attorneys, hereby requests that the time for filing a reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment, be enlarged up to and including November 6, 2006. The hearing on the Motion for Summary Hudgment is currently scheduled for November 17, 2006. Plaintiff has no objection to this extension of time.

Respectfully submitted,

GORDON R. ENGLAND
Secretary of the Navy

By his Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Anthony C. DiGioia
ANTHONY C. DIGIOIA, #2495
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: anthony.digioia@usdoj.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 24th day of October, 2006, I caused to be electronically filed the within Defendant's Motion for Extension of Time with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

Joseph F. Hook,Esq.
294 Valley Road
Middletown, Rhode Island 02842

/s/ Anthony C. DiGioia

ANTHONY C. DIGIOIA, #2495
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: anthony.digioia@usdoj.gov