IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN BRADLEY,<br>Plaintiff | ) | |
| vs. | ) | C.A. NO. 04-412ML |
| | ) | |
| GORDON R. ENGLAND,<br>Secretary of the U.S.<br>Department of the Navy,<br>Defendant | ) | |

**WITHDRAWAL OF APPEARANCE**

______I hereby enter my withdraw my appearance for the Defendant, Gordon R. England, Secretary of the U.S. Department of the Navy, in the above matter.

Respectfully submitted,

GORDON R. ENGLAND
Secretary of the Navy

By his Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: dulce.donovan@usdoj.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 8th day of November, 2006, I caused to be electronically filed the within Withdrawal of Appearance with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

Joseph F. Hook,Esq.
294 Valley Road
Middletown, Rhode Island 02842

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: dulce.donovan@usdoj.gov