IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN BRADLEY,<br>Plaintiff, | ) | |
| v. | ) | C.A. No. 04-412ML |
| GORDON R. ENGLAND, Secretary of the United States Department of the Navy, | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

Now comes Gordon R. England, Secretary of the United States Department of the Navy, by and through his attorneys, and moves that the time for Defendant to file a supplemental filing on the effect of the bargaining agreement and civil service rules on the issues in this case be enlarged up to and including December 18, 2006.

Respectfully submitted,

JO ANNE B. BARNHART,
Commissioner of Social Security

By her Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Anthony C. DiGioia
ANTHONY C. DIGIOIA, #2495
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: anthony.digioia@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 11th day of December, 2006, I caused to be electronically filed the within Defendant's Motion for Extension of Time with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

Joseph F. Hook,Esq.,
294 Valley Road
Middletown, Rhode Island 02842

/s/ Anthony C. DiGioia
ANTHONY C. DIGIOIA, #2495
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: anthony.digioia@usdoj.gov