UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 04-412ML Alan Bradley v. Gordon England
CA 06-164ML Eduardo Hernandez v. State of RI

PRETRIAL SCHEDULING ORDER

The above listed case is scheduled for the **June 5, 2007** trial calendar with the empanelment scheduled for **Tuesday, June 5, 2007 at 9:30 am.** Trial counsel are required to make the following filings and submissions in accordance with the dates specified in this order.

1. Any motions in limine and supporting memoranda are to be electronically filed by **May 22, 2007.** Objections to motions in limine are to be electronically filed by **May 29, 2007.**

2. Trial counsel must confer with each other and provide to the Court by **May 29, 2007**, a list (paper) of exhibits to be admitted without objection.

3. If testimony is to be presented by way of deposition (video or transcript), a paper copy of the **entire** transcript must be provided to the Court. Counsel shall electronically file a list of the proponent's designated portions (i.e., page and line reference) by **May 22, 2007.** Opposing counsel must electronically file any cross designations and objections (setting forth the basis for the objection, e.g., "hearsay," "foundation," "404(b)") by **May 29, 2007.**

SO ORDERED:

Mary M. Lisi

Mary M. Lisi
Chief United States District Judge
April 24, 2007