IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN BRADLEY, | : | |
| Plaintiff, | : | |
| v. | : | CA No. 04-412ML |
| GORDON R. ENGLAND, Secretary of the United States Department of the Navy, | : | |
| Defendant. | : | |

**NOTICE OF ENTRY OF APPEARANCE**

I hereby enter my appearance as counsel for Defendant, Gordon R. England, Secretary of the United States Department of the Navy, in the above matter. Assistant United States Attorney Anthony C. DiGioia, who was previously assigned this matter, has left our office.

ROBERT CLARK CORRENTE
United States Attorney

/s/ Dulce Donovan

DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: dulce.donovan@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 27th day of April, 2007, I electronically filed the within Notice of Entry of Appearance with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participants have received notice electronically:

Joseph F. Hook, Esq.
294 Valley Road
Middletown, RI 02842

/s/ Dulce Donovan

DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: dulce.donovan@usdoj.gov