UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALAN BRADLEY
Plaintiff

v. CA. NO. 04-412ML

GORDON R. ENGLAND in his capacity as Secretary of the Department of the United States Navy
Defendant

**DEPOSITION OF ALAN R. SHANNON**, taken on behalf of the Plaintiff, pursuant to the Rhode Island Rules of Civil Procedure, on March 10, 2006, at the Law Offices of Joseph F. Hook, before Florence Almeida, Notary Public, convening at 11:00 A.M.

**Original**

**APPEARANCES:**

LAW OFFICES OF JOSEPH F. HOOK
BY: Joseph F. Hook, Esquire
Counsel for the Plaintiff

U.S. ATTORNEY'S OFFICE
BY: Anthony DiGoia, Esquire
Counsel for the Defendant

A. I don't understand your question.
Q. At the time of this meeting June 14, 2001 there was nobody that told you that you were prohibited from hiring a person to serve the functions as a housing manager?
A. No. There was no direct prohibition, that is correct.
Q. There was no hiring freeze?
A. Not that I remember. Later on there was.
Q. Even if they were a hiring freeze, there are certain procedures that can be implemented to fill a position where there's a need, not withstanding a hiring freeze?
A. Again, that is a function not in my office. That would be a function of the human resources office.
Q. If a Charlie Silvia or a similar director who you supervised had a need within their field for a particular position to be filled appeared and there was a hiring freeze on that position, do you know whether there would be a process where that position could be filled, not withstanding the hiring freeze?
A. It would be a long arduous process, if there was one. One that would take up more time and would be

worth it just to say no. Just to get the word no back.

Q. Sir you're Charles Silvia's supervisor when he was the housing director, is that correct?

A. Yes.

Q. Did you take any action to take any disciplinary action against him prior to his being either retired or removed from that position?

A. I don't know what that has to do with this.

Q. You can answer sir.

A. I prefer not to answer that.

Q. You're required to answer the question sir.

A. Yes. I did.

Q. What action did you take against him sir?

A. I removed him from his office and set up an office on my staff for him temporarily. While he underwent the process to retire.

Q. Was there any reason why you took that action, sir?

A. I lost confidence in him.

Q. What caused you to lose confidence in him sir?

A. I just, you know, I didn't agree with his management style.

Q. What was it about his management style that you didn't agree with?