UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

*********************************
ALAN BRADLEY *
*
Vs. * C.A. NO. 04-412ML
*
GORDON R. ENGLAND in his capacity*
as Secretary of the Department of*
the United States Navy *
*********************************

DEPOSITION OF CHARLES SILVIA, a Witness in the above-entitled cause, taken On behalf of the Plaintiff, pursuant to Notice, before Linda J. Faria, a Notary Public in and for the State of Rhode Island, at the office of Joseph F. Hook, Esq., 294 Valley Road, Middletown, Rhode Island On January 5, 2006 at 11:00 a.m.

APPEARANCES:

FOR THE PLAINTIFF:
BY: Joseph F. Hook, Esq.

FOR THE DEFENDANT:
UNITED STATES ATTORNEY OFFICE
BY: Lisa Dinerman, Esq.

ORIGINAL

A That's incorrect.
Q What did you do to fill that position?
A I believe that I had Victor Ramsey fill that job temporarily because he was an employee of mine working in the department.
Q So after Laurie Bowers left that position, --
A Yes.
Q -- Victor Ramsey worked within the Housing, Department --
A Correct.
Q -- underneath you?
A Everyone did, yes.
Q And instead of advertising that position, you reassigned Mr. Victor Ramsey into that position as Housing manager?
A Yes. I'm trying to recall why we didn't advertise it, and I can't remember.
MR. HOOK: I'm going to have you take a look at this document, sir.
THE WITNESS: Sure.
(Witness perusing document)
MR. HOOK: If you could mark this Plaintiff's 6.

(PLAINTIFF'S EXHIBIT NO. 6 MARKED FOR IDENTIFICATION)

THE WITNESS: I never thought anyone read these, but apparently they did.

Q What's been marked as Plaintiff's 6, is a memorandum. Well, let me ask you, sir. Do you know what that document is, sir?

A Yes. It's a situation report for the week ending 31 May of 2002.

Q Is it a document that you prepared, sir?

A It is.

Q And it concerns the reassignment of Victor Ramsey to the position of Greene Lane Housing manager temporarily?

A Reassigned is, I think, a little too strong. Victor Ramsey will be temporarily assigned is what I stated here.

Q All right. And that --

A And I certainly had the option as the Director as a Department Head to reassign anyone in my particular department to any place I wanted to for 190 days.

Q At that time, you also would have had the option -- strike that. Would you have had the option

of hiring somebody to fill that position?

A I don't recall. We're -- in this time frame, and why I say I don't recall, in this time frame, there was certainly talk of Housing going to the private sector entirely; so that may have had an influence of why we didn't hire anyone, but I don't recall that.

Q This is almost a year after. It's May. It's almost a year after a meeting you had with Janet Hiebner and Captain Cooper?

A Mm-hmm.

Q At the time you retired, was Victor Ramsey, did he continue to hold the position of Housing project manager in the Greene Lane housing project?

A Um, no.

Q What position did he hold when you retired?

A I don't know, and I can say that because I was never allowed to see his position description. It was an EEO settlement apparently, and I was never given an opportunity to see that.

Q All right. Do you know whether he was promoted from that position that he had temporarily?

A I know that his GS Rate was not that equivalent to a Housing manager.

Q Do you know whether at the time that he -- at the time that you retired and before then, what duties Victor Ramsey was performing?

A He was performing some contractual duties, contracting inspector duties, more or less working for Mark Silvia out in the Contracts Division at that time.

Q After the 190 day assignment to the Greene Lane Housing manager project, did Victor Ramsey continue to fill that position or did that position --

A He went back to doing his job as the contract specialist or whatever it was out there. He and Mark Silvia worked out there together.

Q What happened to the position that Laurie Bowers vacated?

A One of the big problems that we always had in Housing is that the summer months are always the busiest where people come and go so much so the May, June, July time frame would have been the most difficult for us. I don't believe that the job was ever filled, but that's my recollection. I may be incorrect. I just don't think it was.

Q Did you make a request -- if you were going

to fill a position, who would you contact to request that the position be filled or advertised so that it will be filled?

MS. DINERMAN: Objection. When I say objection, it's just for the record. I can't tell you not to answer a question.

THE WITNESS: Oh, I see.

A It was a whole process you had to go through. Do you want me to go through that process?

Q Yes, sir.

A Okay. The best that I recall, the job had to be verified, and the job description had to be verified by the Northeast Region. And after they okayed it, then it would come back to Naval Station Newport, and then if the CO agreed with it, then it could go to the Housing referral. Not the Housing referral. What am I looking for. It's right on the tip of my tongue. Where you hire people. The, um, the personnel office. It shouldn't have been that hard. You send it over to the personnel office, and then they would put it on a list of jobs to be checked to see if there was anyone in a status to fill that job even before it went out to advertising. The reassignment jobs for the country or the East

Coast or whatever. And after that was satisfied, then they would send it to Philadelphia who would then post the job.

Q All right. So before it was announced, before a job would be announced, it would have gone through that process?

A Basically, that was the process, yes.

Q So after Mr. Ramsey left his job, do you recall taking any action -- or strike that. After Victor Ramsey fulfilled the 180 days as a Greene Lane Housing manager and that position again became vacant, did you take any steps to have that job filled permanently?

A I don't recall. My best recollection is no, but I really don't recall.

Q Do you know who Dennis Pichelo (phonetic) is?

A Yes.

Q Who is he?

A He was the person in charge of the personnel office in the Newport detachment.

Q And would he be the person who would send out the job advertisements after the process you had just mentioned had gone through?