UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN BRADLEY<br>Plaintiff | : | |
| | : | CA 04-412ML |
| GORDON R. ENGLAND<br>Secretary of the US Navy<br>Defendant | : | |

PLAINTIFF'S STATEMENT OF TESTIMONY TO BE OFFERED BY WAY OF DEPOSITION

1. Captain Ruth Cooper (Deposition of April 11, 2006) page 4 line 1 through page 25 line 2; page 32 line 12 through page 38 line 7; page 38 line 15 through page 40 line 1; page 40 line 6 through page 44 line 5; page 46 line 11 through page 49 line 9; page 51 line 10 through page 59 line 9; page 60 line 13 through page 62 line 12; page 63 line 12 through page 64 line 13; page 64 line 20 through page 67 line 1; page 73 line 12 through 74 line 13; page 74 line 16 through page 79 line 11; page 81 line 9 through page 82 line 22.

PLAINTIFF
Alan Bradley
By his Attorney

/s/ Joseph F. Hook

Joseph F. Hook, RI Bar No 5418
294 Valley Road
Middletown, RI 02842

(401) 846-5200
Fax (401) 848-0984

CERTIFICATE OF SERVICE

I the undersigned certify that on this 22nd of May 2007 , I served a copy of this upon Dulce Donovan, Esq, Assistant US Attorney via the CM/ECF System.

/s/ Joseph F. Hook