IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN BRADLEY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CA No. 04-412ML |
| | : | |
| GORDON R. ENGLAND, Secretary of the United States Department of the Navy, | : | |
| | : | |
| Defendant. | : | |

**DEFENDANT'S MOTION TO FILE OBJECTION OUT OF TIME**

Defendant Gordon England, through undersigned counsel, hereby moves the Court to file out of time his objection to Plaintiff's Motion for Reconsideration. In support thereof, Defendant avers the following:

1. On April 18, 2007, the Court granted in part and denied in part Defendant's Motion for Summary Judgment.

2. On May 15, 2007, Plaintiff moved for reconsideration of the Court's Order.

3. Defendant Gordon England's response to the motion was due on June 1, 2007.

4. Due to an oversight, the due date for Defendant's response was not diaried on the civil division calender within the United States Attorney's office.

5. Undersigned counsel certifies that she has spoken to counsel for the Plaintiff, Joseph Hook, regarding the instant motion and attorney Hook has represented that he will not be filing an objection to the instant motion.

Wherefore, Defendant requests permission to file his objection to Plaintiff's Motion for Reconsideration on or before June 15, 2007.

Respectfully Submitted,

GORDON R. ENGLAND, Secretary,
United States Department of the Navy

By his Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Dulce Donovan

DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: dulce.donovan@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 5th day of June, 2007, I electronically filed the within Defendant's Motion to File Objection Out of Time with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant(s) have received notice electronically:

Joseph F. Hook, Esq.
294 Valley Road
Middletown, RI 02842

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: dulce.donovan@usdoj.gov