COPY

UNITED STATES DISTRICT COURT
DISTRICT OF RHODES ISLAND

| | | |
|---|---|---|
| ALAN BRADLEY, Plaintiff, | x | |
| vs. | : | Civil Action Case No. 04-412ML |
| GORDON R. ENGLAND, Secretary of the U.S. Department of the Navy, Defendant. | x | |

Tuesday, April 11, 2006

Fairfax, Virginia

DEPOSITION OF:

RUTH A. COOPER,

a witness, was called for examination by counsel for the plaintiff, pursuant to Notice and agreement of the parties as to time and date, beginning at approximately 1:05 o'clock, p.m., at the Fairfax Judicial Center, 4110 Chain Bridge Road, Hearing Room 5A, Fairfax, Virginia 22030, before Ronnie C. Palmer, a court reporter and Notary Public in and for the Commonwealth of Virginia when were present on behalf of the respective parties: