second.

(Discussion held off the record.)

MR. DIGIOIA: If we could have this marked as 2.

(Off the record.)

(Cooper Exhibit No. 8 was marked for identification.)

BY MR. DIGIOIA:

Q I am handing you what's been marked collectively as Cooper Number 8. And that is actually the defendant's first exhibit in this deposition. It consist of pages 69, 70, 71, 72, and 73.

The number of Exhibit 8 is actually on page 71.

MR. DIGIOIA: Can we agree that this is all one exhibit even though it's marked on the third page?

MR. HOOK: Yes.

BY MR. DIGIOIA:

Q I am handing you this, and let me ask you have you seen this before?

A Yes, I have.

Q And that document marked as Exhibit 8, does that in fact reflect a freeze in hiring 1173 positions?

A It does state that in subparagraph one. Effective immediately hiring controls are in place for all 1173 series personnel.

Q That's on page 72 in the black numbers at the bottom center. Is that correct?

A That's correct.

Q Now, can you tell from the first two pages, 69 and '70, the date of that notification?

A That would have been 30 April 2002. The date of the message.

Q And that was actually received at some later time in Newport. Is that right?

A Correct. This is the trail of e-mails as being forwarded around the e-mail system, but the actual effective date of the message is reflected in the date.

Q Back in Exhibit 4, your memo or letter of August 28, 2002, at the time this letter was sent and

signed by you there was in fact a freeze on the hiring of 1173 positions as reflected in this exhibit. Is that right?

A It would appear to be put in the time line together between those two documents.

Q All right. Now at the meeting where Jana Hubner briefed you on the FA, the functionality assessment, there was no freeze imposed at the time, was there?

A Not that I recall. I don't believe there was one.

Q If you could refer to page 148 roughly two-thirds of the way down, you were asked did the headquarters mandate that you not file the 1173 positions, referring to the meeting of June 14. And what did you answer?

A I replied that it was not a mandate but it was strongly recommended and strongly encouraged statement.

Q And is that a fair characterization of the impression you were left with by Jana Hubner following that meeting that we discussed?