08/28/2002 WED 15:16 [TX/RX NO 5285] 002

Sent By: NAVSTA#NEWPORT; 4018412273; Aug-28-02 1:38PM; Page 1/1

DEPARTMENT OF THE NAVY

NAVAL STATION NEWPORT
690 PEARY STREET
NEWPORT, RI 02841-1522

IN REPLY REFER TO:
12713
Ser N01A/1452

AUG 28 2002

From: Commanding Officer, Naval Station Newport
To: Alan Bradley, 74 Samson Lane, Middletown, RI 02842

Subj: BREACH OF SETTLEMENT AGREEMENT

Ref: (a) Joseph F. Hook's ltr of 26 Jun 02

1. I am in receipt of your attorney's letter, reference (a), requesting written information about the settlement agreement signed on 24 January 2001. While we have answered this letter informally in the past, this is a formal response for the record.

2. The terms of the settlement agreement have been adhered to since the settlement agreement was signed. In June 2001, the Command advertised for a Housing Management Specialist, GS-1173 at the 07/09 grade level, which meets the terms of the agreement.

3. At a meeting with you and your Union Representative, Mr. Allen, I met in person with you to outline the actions of the Command in canceling the vacancy announcement for the position of Housing Management Specialist. I also offered to extend your settlement agreement for two years since the Department of the Navy required a freeze on the hiring of GS-1173 positions, while a functionality assessment was being completed, and you refused that offer. I consider the settlement agreement in effect at this time and will continue to abide by it in the future when vacancies are announced.

4. I hope that this reply meets with your inquiries about the settlement agreement.

R. A. Cooper
R. A. COOPER

OPTIONAL FORM 99 (7-90)

**FAX TRANSMITTAL** # of pages ► 1

| | |
|---|---|
| To PEGGY | From KAREN PECKHAM |
| Dept./Agency | Phone # 948-6197 |
| Fax # 694-2915 | Fax # |
| NSN 7540-01-317-7368 5099-101 | GENERAL SERVICES ADMINISTRATION |

255

EXHIBIT
Cooper #4
4-11-06 R.K.

D-00274