FW FAMILY HOUSING FUNCTIONALITY ASSESSMENT

LANTNAVFACENGCOM NORFOLK VA
LANTNAVFACENGCOM NORFOLK VA
PACNAVFACENGCOM DET MIDPAC PEARL HARBOR HI
PACNAVFACENGCOM PEARL HARBOR HI
PACNAVFACENGCOM PEARL HARBOR HI
PACNAVFACENGCOMDET YOKOSUKA JA
SOUTHNAVFACENGCOM CHARLESTON SC
SOUTHNAVFACENGCOM CHARLESTON SC
SOUTHWESTNAVFACENGCOM SAN DIEGO CA
SOUTHWESTNAVFACENGCOM SAN DIEGO CA

EXHIBIT
Cooper #8
4-11-06 R.Pel..

BT
UNCLAS

MSGID/GENADMIN/CNO WASHINGTON DC//

SUBJ/FAMILY HOUSING FUNCTIONALITY ASSESSMENT//

REF/A/MEMO/ASN/14FEB2001//

AMPN/REF A IS ASN MEMO OUTLINING DON MANAGEMENT HIRING CONTROLS PROCED URES AS PART OF DOD MANAGEMENT.//

RMKS/1. BACKGROUND AND HISTORY. IN MARCH 2001, CNO N4 INITIATED A FA MILY HOUSING, NAVY (FHN) FUNCTIONALITY ASSESSMENT (FA). CNO N46 TASKE D A WORKING GROUP TO RECOMMEND FHN PROGRAM CHANGES TO THE SHORE INSTAL LATIONS PROGRAMMING BOARD (SIPB), CHAIRED BY CNO N46. THE SIPB WAS BR IEFED ON THE RESULTS OF PHASE I OF THE FA EFFORT AND RECOMMENDED THE F OLLOWING: (1) REDUCE THE NUMBER OF INSTALLATION MANAGEMENT CLAIMANTS ( IMCS) MANAGING FHN OPERATIONS AND ASSETS, (2) TRANSFER FHN OPERATIONS AND MANAGEMENT FUNCTIONS FROM THE NAVAL FACILITIES ENGINEERING COMMAND (NAVFAC) ENGINEERING FIELD DIVISIONS (EFDS) TO IMCS AND NAVFAC HEADQUARTERS, (3) TRANSFER FHN OPERATIONS AN D MAINTENANCE FUNDS, BUDGET, AND EXECUTION RESPONSIBILITIES FROM THE E FDS TO IMCS (ALLOCATE BUDGET SUBMITTING OFFICE RESPONSIBILTIES BETWEEN NAVFAC AND APPROPRIATE IMC, IN CONSULTATION WITH OPNAV AND FMB), (4) IMPROVE REGIONAL ALIGNMENT AND CONTROL OF FHN OPERATIONS, AND (5) IMPR OVE PROGRAM GOVERNANCE/STRATEGIC OVERSIGHT.

2. THE SIPB FURTHER TASKED THE WORKING GROUP TO IDENTIFY IMPLEMENTATI ON ISSUES AND RECOMMENDATIONS. THIS EFFORT RESULTED IN SIPB DECISIONS FOCUSED ON PURSUING SEVERAL MAJOR CHANGES IN THE FHN PROGRAM.

3. THE SIPB RECOMMENDATIONS ARE APPROVED. THE FOLLOWING SPECIFIC ACT IONS ARE REQUIRED. A. INITIAL PERSONNEL ACTIONS. THE GOAL IS TO PROV IDE THE MAXIMUM BENEFIT AND OPPORTUNITIES POSSIBLE TO THE TOTAL WORKFO RCE IMPACTED BY A TRANSFER OF FHN OPERATIONS AND MAINTENANCE FUNCTIONS FROM EFDS TO IMCS AND NAVFAC HQS. THIS INCLUDES MINIMIZING THE POTEN

FW FAMILY HOUSING FUNCTIONALITY ASSESSMENT

TIAL FOR A REDUCTION IN FORCE (RIF) BY IMPLEMENTING THE FOLLOWING PERS ONNEL ACTIONS.

(1) EFFECTIVE IMMEDIATELY, HIRING CONTROLS ARE IN PLACE FOR ALL 1173 S ERIES PERSONNEL, FHN FUNDED BILLETS AND OTHER BILLETS DIRECTLY SUPPORT ING THE FHN BUDGET PROCESS AT IMC, NAVFAC HQ, NAVFAC EFDS, REGIONS, AN D ACTIVITIES UNTIL ALL TRANSFERS HAVE BEEN COMPLETED.

(2) THIS IS IN ADDITION TO THE HIRING CONTROLS FOR MANAGERIAL POSITION S IMPLEMENTED IN REFERENCE (A). MANAGERIAL POSITIONS ARE DEFINED AS T HOSE WHICH DIRECT THE WORK OF AN ORGANIZATION AND ARE HELD ACCOUNTABLE FOR THE SUCCESS OF SPECIFIC LINE AND STAFF FUNCTIONS.

(3) DETAILED JUSTIFICATIONS MUST BE SUBMITTED TO CNO(N46) FOR CONSIDER ATION FOR ANY APPOINTMENT, PROMOTION OR REASSIGNMENT ACTIONS AFFECTED BY THE ABOVE HIRING CONTROLS. REQUESTS WILL BE REVIEWED ON A CASE-BY-CASE BASIS TO DETERMINE BILLET AND FUNCTIONAL REQUIREMENTS.

(4) EFDS SHALL CONDUCT SEPARATION INCENTIVE PROGRAM (SIP) SURVEYS FOR ALL FHN PERSONNEL BY 13 MAY 02. SPECIFIC GUIDANCE ON SIP SURVEYS TO F OLLOW FROM NAVFAC HQ. B. FHN IMC ROLL UP. THE NUMBER OF IMCS MANAGIN G FHN ARE REDUCED FROM 10 TO 3. THE REMAINING IMCS RESPONSIBLE FOR MA NAGING FAMILY HOUSING ARE CINCLANTFLT, CINCPACFLT, AND CINCUSNAVEUR. IMCS DIVESTING FHN INCLUDE BUMED, NAVSECGRU, NAVSEA, NAVAIR, CNET, FSA , AND RESFOR. EFFECTIVE 01OCT02, THE FOLLOWING ACTIVITY ALIGNMENTS WI TH IMCS IS HEREBY APPROVED.

| IMCS GAINING FHN ACTIVITIES | ACTIVITIES |
|---|---|
| CLF | WALLOPS ISLAND |
| | DAHLGREN |
| | INDIAN HEAD |
| | ANDROS ISLAND |
| | ATLANTA |
| | WILLOW GROVE |
| | LAKEHURST |
| | PATUXENT RIVER |
| | BEAUFORT |
| | ANNAPOLIS |
| | NAVAL DISTRICT WASHINGTON |
| | WHITING FIELD |
| | SOUTH TEXAS |
| | PENSACOLA |
| | MERIDIAN |
| | ATHENS GA |
| | SCOTIA NY |
| | THRUMONT |
| | GREAT LAKES |
| | PANAMA CITY |
| | CRANE |
| | FORT WORTH |
| | NEW ORLEANS |
| | MILLINGTON |
| CPF | CHINA LAKE |

FW FAMILY HOUSING FUNCTIONALITY ASSESSMENT
MONTEREY

4. WE CONTINUE TO PROGRESS WITH THE FHN FA WITH A SENSE OF URGENCY BU T ARE COMMITTED TO DOING THE RIGHT THING AND TAKING CARE OF SAILORS, O UR WORKFORCE, AND THE MISSION. THE FHN FA WORKING GROUP WILL NEXT DEV ELOP (1) AN INTEGRATED PLAN OF ACTION AND MILESTONES,
(2) CONCEPT OF OPERATIONS AND INTEGRATION PLAN. POC FOR THE FHN FA IS CAPT. TIM BENHAM (703) 601-1629, BENHAM.TIM AT HQ.NAVY.MIL.

5. RELEASED BY VADM CHARLES W. MOORE, JR.//

BT
#0960
NNNN

FW FAMILY HOUSING FUNCTIONALITY ASSESSMENT

From: Jankowski, Edward GS (NSNPT N72)
Sent: Wednesday, May 01, 2002 8:53 AM
To: Cooper, Ruth CAPT (NSNPT 00); Al Shannon (Shannon, Al GS (NSNPT)); Barbara Beeler (NFHousing@subasenlon.navy.mil); Brunswick (housingdir@nasb.navy.mil); Charles Silvia (Silvia, Charles GS (NSNPT 90)); EARLE (EARLE); Marcia Alves (Alves, Marcia GS (NSNPT N73)); Russel Hiser (hiserrb@mail.ports.navy.mil)
Subject: FW: FAMILY HOUSING FUNCTIONALITY ASSESSMENT//

Importance: Low

FYI VR/ Ed

-----Original Message-----
From: Bates, Betty L. (EFDLANT) [mailto:BatesBL@efdlant.navfac.navy.mil]
Sent: Wednesday, May 01, 2002 6:47 AM
To: EFDLANT HG ALL
Cc: Conaway, Michael H. CAPT (EFDLANT); Stock, John A. (EFDLANT); Horne, Brenda L. (EFDLANT); Manley, Gerald R CDR (EFANE)
Subject: FW: FAMILY HOUSING FUNCTIONALITY ASSESSMENT//
Importance: Low

Here is the message.

-----Original Message-----
From: MDS Messages (EFDLANT)
Sent: Wednesday, May 01, 2002 7:36 AM
To: EFDLANT MDS
Subject: FW: FAMILY HOUSING FUNCTIONALITY ASSESSMENT//
Importance: Low

-----Original Message-----
From: DMDS NORFOLK VA
Sent: Wednesday, May 01, 2002 3:59 AM
To: LANTNAVFACENGCOM NORFOLK VA(n)
Subject: FAMILY HOUSING FUNCTIONALITY ASSESSMENT//
Importance: Low

ADMINISTRATIVE MESSAGE

ROUTINE

FW FAMILY HOUSING FUNCTIONALITY ASSESSMENT

R 302029Z APR 02 ZYB PSN 267676I34

FM CNO WASHINGTON DC//N46//

TO CINCLANTFLT NORFOLK VA
CINCPACFLT PEARL HARBOR HI
CINCUSNAVEUR LONDON UK
CINCUSNAVEUR LONDON UK
BUMED WASHINGTON DC
BUMED WASHINGTON DC
CNET PENSACOLA FL
CNET PENSACOLA FL
COMNAVSEASYSCOM WASHINGTON DC
COMNAVAIRSYSCOM PATUXENT RIVER MD
COMNAVAIRSYSCOM PATUXENT RIVER MD
COMNAVFACENGCOM WASHINGTON DC
COMNAVFACENGCOM WASHINGTON DC
COMNAVRESFOR NEW ORLEANS LA
COMNAVRESFOR NEW ORLEANS LA
COMNAVSECGRU FT GEORGE G MEADE MD
FLDSUPPACT WASHINGTON DC
FLDSUPPACT WASHINGTON DC

INFO COMNAVREG EUR LONDON UK
COMNAVREG HAWAII PEARL HARBOR HI
COMNAVREG MIDLANT NORFOLK VA
COMNAVREG NE GROTON CT
COMNAVREG NW SEATTLE WA
COMNAVREG NW SEATTLE WA
COMNAVREG SE JACKSONVILLE FL
COMNAVREG SE JACKSONVILLE FL
COMNAVREG SW SAN DIEGO CA
COMNAVREG SW SAN DIEGO CA
ASSTSECNAV FMC WASHINGTON DC//FMB//
ASSTSECNAV IE WASHINGTON DC
ASSTSECNAV IE WASHINGTON DC
ASSTSECNAV MRA WASHINGTON DC
ASSTSECNAV MRA WASHINGTON DC
ENGFLDACT CHES WASHINGTON DC
ENGFLDACT CHES WASHINGTON DC
ENGFLDACT MED NAPLES IT
ENGFLDACT MED NAPLES IT
ENGFLDACT MW GREAT LAKES IL
ENGFLDACT NORTHEAST PHILADELPHIA PA
ENGFLDACT NORTHEAST PHILADELPHIA PA
ENGFLDACT NW SILVERDALE WA
ENGFLDACT SE JACKSONVILLE FL
ENGFLDACT WEST SAN BRUNO CA