UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ALAN BRADLEY

v. CA 04-412 ML

GORDON R. ENGLAND,
Secretary of the United States
Department of the Navy

ORDER

Plaintiff has filed a Motion for Reconsideration and Clarification of the Court's April 18, 2007 Memorandum and Order granting in part and denying in part Defendant's Motion for Summary Judgment. The Court has reviewed Plaintiff's Memorandum in Support of the Motion for Reconsideration, the Defendant's Response, and the April 18, 2007 Memorandum and Order.

For the reasons set forth in Defendant's Response, the Motion for Reconsideration and Clarification is DENIED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
June 15, 2007