# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**Alan Bradley**

**V.** **CA 04-412ML**

**Gordon England**

**ORDER**

**The jury trial notice which was issued in the above-captioned case on June 1, 2007 is hereby VACATED.**

**SO ORDERED:**

Mary M. Lisi

**Mary M. Lisi**
**Chief United States District Judge**
**June 15 , 2007**

**ENTERED as an Order of this Court on June ,2007.**

______________________
**Deputy Clerk**