UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**CA 04-412ML Alan Bradley v. Gordon England**

NON-JURY TRIAL NOTICE

You are hereby notified that the above-captioned case is on the non-jury trial calendar for **June, 2007.** Trial shall commence on **Tuesday, June 26, 2007 at 10:00 AM in Courtroom 1.**

Counsel are reminded that all exhibits should be pre-marked and if any court equipment (i.e. overhead projector; VCR etc) is needed during the trial, counsel are to give the courtroom deputy at least 24 hours notice of what they need.

Pretrial Memoranda shall be ~~due~~ filed on or before **June 22, 2007.**

Counsel are to advise the clerk of any settlement and file a stipulation of dismissal on or before **June 22, 2007.**

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
June 15 ,2007