UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN BRADLEY | : | |
| Plaintiff | : | |
| | : | |
| | : | |
| | : | CA 04-412ML |
| | : | |
| | : | |
| GORDON R. ENGLAND | : | |
| Secretary of the US Navy | : | |
| Defendant | : | |

PLAINTIFF'S MOTION TO CONTINUE THE TRIAL DATE FROM JUNE 26, 2007

Now comes the Plaintiff in the above captioned matter who hereby moves this Honorable Court to continue this case, scheduled for hearing on Tuesday June 26, 2007 to a later date. As grounds hereof, counsel for the Plaintiff asserts that he is trial counsel in a Rhode Island Sueprior Court in Newport County, entitled Paiva v. Hourihan, NC 05-0292, which is a jury trial matter, that is scheduled to commence on Monday June 25, 2007. Attorney Joseph F. Hook estimates that Paiva v. Hourihan, NC 05-0292 will take three days in the Superior Court.

PLAINTIFF
Alan Bradley
By his Attorney

/s/ Joseph F. Hook

______________________________
Joseph F. Hook, RI Bar No 5418
294 Valley Road
Middletown, RI 02842

(401) 846-5200
Fax (401) 848-0984

CERTIFICATE OF SERVICE

I the undersigned certify that on this 22nd of December 2006 , I e-mailed true copy of the within memorandum of law to Anthony DiGioia, Esq, Assistant US Attorney at anthony.digio@usdoj.gov.

/s/ Joseph F. Hook