UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 04-412 ML Alan Bradley v. Gordon England

# PRETRIAL SCHEDULING ORDER

The above listed cases is scheduled for trial on **June 26, 2007**. Trial counsel are required to make the following filings and submissions in accordance with the dates specified in this order.

1. Any motions in limine and supporting memoranda are to be electronically filed by **June 22, 2007.** Objections to motions in limine are to be electronically filed by **June 25, 2007.**

2. Trial counsel must confer with each other and provide to the Court by **June 25, 2007**, a list (paper) of exhibits to be admitted without objection.

3. If testimony is to be presented by way of deposition (video or transcript), a paper copy of the **entire** transcript must be provided to the Court. Counsel shall electronically file a list of the proponent's designated portions (i.e., page and line reference) by **June 25, 2007.** Opposing counsel must electronically file any cross designations and objections (setting forth the basis for the objection, e.g., "heresay," "foundation," "404(b)") by **June 27, 2007.**

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
June 20 , 2007