**ATTACHMENT A**

**DEFENDANT'S PRELIMINARY LIST OF TRIAL EXHIBITS**[1]

| Exhibit No. | Witness | Description | Purpose | Admitted y/n |
|---|---|---|---|---|
| 1 | | Exhibits from Deposition of Alan Bradley:<br><br>1988 Request for Personnel Action (Dep. 1) | Bradley's Employment History (Background) | |
| 2 | | 1999 Housing Management Assistant Rating Sheet (Dep. 2) | Bradley's Employment History (Background) | |
| 3 | | Letter to Bradley from Thompson (Dep. 3) | Bradley's Employment History | |
| 4 | | Letter to Oakleaf from Bradley 12/22/98 (Dep. 4) | Bradley's Employment History (Background) | |
| 5 | | Merit Promotion Program Vacancy Announcement (Dep. 5) | Bradley's Employment History (Background) | |
| 6 | | Job Opportunity Announcement (Dep. 6) | Bradley's Employment History (Background) | |
| 7 | | List of New Vacant Positions (Dep. 7) | Bradley's Employment History (Background) | |
| 8 | | Letter to Hipplewitz from Allen (Dep. 8) | Non-Discriminatory Basis/Absence of Discriminatory Animus/Absence of Pretext | |
| 9 | | Copy of handwritten note from Dr. Kozel (Dep. 9) | Absence of Disability | |
| 10 | | Packet of twenty-six photographs (Dep. 11) | Background | |

**ATTACHMENT A**

**DEFENDANT'S PRELIMINARY LIST OF TRIAL EXHIBITS**[1]

| Exhibit No. | Witness | Description | Purpose | Admitted y/n |
|---|---|---|---|---|
| 11 | | Plaintiff's Answers to Interrogatories (Dep. 12) | Absence of Disability/ Absence of Discriminatory Animus/Absence of Pretext/Damages | |
| 12 | | Memo re SITREP for week 15 June 2001 (Dep. 13) | Non-Discriminatory Basis/Absence of Discriminatory Animus | |
| 13 | | Medical Files (Dep. 1) | Absence of Disability | |
| 14 | | Copy of handwritten notes on stickies (Dep. 14) | Admission by Plaintiff re: Absence of Discriminatory Animus | |
| 15 | | Handwritten notes (Dep. 11) | Absence of Disability | |
| 16 | | Note from Dr. Kozel (Dep. 5) | Absence of Disability/Absence of Discriminatory Basis | |
| 17 | | Handwritten notes (Dep. 6) | Damages | |
| 18 | | Lost wage calculation (Dep. 7) | Damages | |
| 19 | | Performance Appraisal - David Pineault (Ex. 8) | Lack of Credibility | |
| 19 | | Performance Appraisal - David Preston (Ex. 10) | Lack of Credibility | |
| 20 | | E-mail to Alan Bradley from Joseph Sweeney (Ex. 12) | Lack of Credibility | |
| 21 | | Jayme Thibault resume (Ex. 12) | Lack of Credibility | |
| 22 | | List of employees, job positions | Lack of Credibility | |

**ATTACHMENT A**

**DEFENDANT'S PRELIMINARY LIST OF TRIAL EXHIBITS**[1]

| Exhibit No. | Witness | Description | Purpose | Admitted y/n |
|---|---|---|---|---|
| 23 | | Exhibits from Deposition of Dr. Randy Kozel:<br><br>Certification of Business Records/Medical Records (Dep. 1) | Absence of Disability | |
| 24 | | Seizures questionnaire for A. Bradley (Dep.. 2) | Absence of Disability | |
| 25 | | Exhibits from Deposition of Ruth Cooper: | | |
| 26 | | Affidavit dated August 16, 2002 | Background/Absence of Discrimination/Absence of Pretext/Absence of Retaliation | |
| 27 | | Settlement Agreement (Dep. 3) | Background/Absence of Discrimination/Absence of Pretext/Absence of Retaliation | |
| 28 | | Letter from Cooper to Hook (Dep. 4) | Background/Absence of Discrimination/Absence of Pretext/Absence of Retaliation | |
| 29 | | Memo re: Functionality Assessment (Dep. 8) | Background/Absence of Discrimination/Absence of Pretext/Absence of retaliation | |
| 30 | | Letter from Hook to Domingue (Dep. 5) | Absence of Discrimination | |
| 31 | | Agenda for 14 June Meeting (Dep. 6) | Background | |
| 32 | | E-mail dated August 15, 2001 (Dep. 7) | Absence of Discrimination/Absence of Pretext | |
| 33 | | E-mail dated June 21, 2001 (Dep. 9) | Absence of Discrimination/Absence of Pretext | |
| 34 | | Exhibits from Deposition of Jana Hubner: | Non-Discriminatory Basis/Absence of Pretext | |

**ATTACHMENT A** **DEFENDANT'S PRELIMINARY LIST OF TRIAL EXHIBITS**[1]

| Exhibit No. | Witness | Description | Purpose | Admitted y/n |
|---|---|---|---|---|
| 35 | | E-mails regarding estimate of hours and costs for pilot (Dep. 2) | Non-Discriminatory Basis/Absence of Pretext | |
| 36 | | E-mails re: Functionality Assessment (Dep. 3) | Non-Discriminatory Basis/Absence of Pretext | |
| 37 | | Organizational Chart and Personnel List (Dep. 3) | Non-Discriminatory Basis/Absence of Pretext | |
| 37 | | Exhibits from Deposition of Richard J. Evans:<br><br>Memo for the record from Evans dated 7/26/01 | Background/Lack of Discriminatory Animus | |
| 38 | | Memo to Allen from Evans dated 4/26/02 (Dep. 2) | Background/Lack of Discriminatory Animus | |
| 39 | | List of Vacant Positions (Dep. 3) | Background/Lack of Discriminatory Animus | |
| 40 | | Exhibits from Deposition of James J. Allen:<br>Affidavit of James J. Allen (Dep. 1) | Credibility of Allen | |
| 41 | | Exhibits from Deposition of Alan R. Shannon:<br>Affidavit of Alan R. Shannon (Dep. 1) | Background/Absence of Discrimination/Non-Discriminatory Basis | |
| 42 | | Exhibits from Deposition of Robert Anthony Carrellas, M.D.<br><br>Certification of Business Records and Medical Records file (Dep. 1) | Absence of Disability | |

**ATTACHMENT A** **DEFENDANT'S PRELIMINARY LIST OF TRIAL EXHIBITS**[1]

| Exhibit No. | Witness | Description | Purpose | Admitted y/n |
|---|---|---|---|---|
| 43 | | Medical Records (Dep. 2) | Absence of Disability | |
| 44 | | Notes on prescription pad, June 17, 2000 (Dep. 3) | Absence of Disability | |
| 45 | | Letter to Dr. Carrellas from Alan Bradley (Dep. 3) | Absence of Disability | |
| 46 | | June 26, 2000 letter from Dr. Carrellas (Dep. 3) | Absence of Disability | |
| 47 | | Medical Records (Dep. 4) | Absence of Disability | |
| | | Exhibits from Deposition of Charles Silvia: | | |
| 48 | | Notice of Acknowledgment of Discrimination Complaint of Alan Bradley With Enclosures (Dep. 2) | Non-Discriminatory Basis/Absence of Discriminatory Animus/Absence of Pretext/Absence of Retaliation | |
| 49 | | Affidavit of Charles Silvia (Dep. 3) | Non-Discriminatory Basis/Absence of Discriminatory Animus/Absence of Pretext/Absence of Retaliation | |
| 50 | | Housing Department SITREP (Ex. 4) | Non-Discriminatory Basis/Absence of Discriminatory Animus/Absence of Pretext/Absence of Retaliation | |
| 51 | | E-MAIL dated May 28, 2002 (Dep. 5) | Non-Discriminatory Basis/Absence of Discriminatory Animus/Absence of Pretext/Absence of Retaliation | |

**ATTACHMENT A** **DEFENDANT'S PRELIMINARY LIST OF TRIAL EXHIBITS**[1]

| Exhibit No. | Witness | Description | Purpose | Admitted y/n |
|---|---|---|---|---|
| 52 | | Exhibits from Deposition of Edward Jankowski:<br>Job Opportunity Announcement. (Dep. 1) | Background | |
| 53 | | Rating Sheet (Dep. 1) | Background | |
| 54 | | Merit Staffing Certificate (Dep. 3) | Background | |
| 55 | | Affidavit of Victor Ramsey dated April 24, 2006 | Non-Discriminatory Basis/Absence of Discriminatory Animus/Absence of Retaliation | |
| 56 | | Affidavit of Alan Bradley in Opposition to the Defendant's Motion for Summary Judgment | Non-Discriminatory Basis/Absence of Discriminatory Animus/Absence of Retaliation | |
| 57 | | Affidavit of Alan Bradley dated August 16, 2002 | Non-Discriminatory Basis/Absence of Discriminatory Animus/Absence of Retaliation | |
| 58 | | Declaration of Kenneth Potter dated December 18, 2006 | Damages/Employment Procedures | |
| 59 | | Letter from Human Resources Office dated March 27, 2002 | Non-Discriminatory Basis/Absence of Discriminatory Animus | |
| 60 | | Human Resources Office Manual | Non-Discriminatory Basis/Absence of Discriminatory Animus | |
| 61 | | Negotiated Agreement dated November 14, 1889 | Non-Discriminatory Basis/Absence of Discriminatory Animus | |
| 62 | | Affidavit of Alan Bradley dated April 11, 2005 | Credibility of Bradley | |
| 63 | | Pesonnel List (D-00210) | Credibility of Victor Ramsey | |

**ATTACHMENT A**

**DEFENDANT'S PRELIMINARY LIST OF TRIAL EXHIBITS**[1]

| Exhibit No. | Witness | Description | Purpose | Admitted y/n |
|---|---|---|---|---|
| 64 | | Notification of Personnel Action (D-00270) | Credibility of Victor Ramsey | |
| 65 | | Letter of Caution to Bradley | Credibility of Bradley | |

1. In addition to the exhibits listed herein, Defendant reserves the right to rely upon and introduce exhibits listed on Plaintiff's exhibit list.