IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN BRADLEY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-412ML |
| | ) | |
| GORDON R. ENGLAND, Secretary | ) | |
| of the United States Department | ) | |
| of the Navy, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF ENTRY OF APPEARANCE**

I hereby enter my appearance as counsel for Defendant, Gordon R. England, Secretary of the United States Department of the Navy in the above matter.

Respectfully submitted,

GORDON R. ENGLAND, SECRETARY
OF THE NAVY
Defendant

By his Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Richard B. Myrus
RICHARD B.MYRUS
Assistant U.S. Attorney
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (Fax)
Email: richard.myrus@usdoj.gov

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 29th day of June, 2007, I caused to be electronically filed the within Notice of Appearance with the Clerk of the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

Joseph F. Hook, Esq.,
294 Valley Road
Middletown, Rhode Island 02842

/s/ Richard B. Myrus
RICHARD B. MYRUS
Assistant U.S. Attorney