UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALAN BRADLEY | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. NO.: 04-412ML |
| | : | |
| GORDON R. ENGLAND, Secretary of the United States Department of the Navy | : | |
| | : | |
| Defendant. | : | |

**STIPULATION OF DISMISSAL**

Now comes plaintiff ALAN BRADLEY, and Defendant GORDON R. ENGLAND, Secretary of the United States Department of the Navy, by and through their undersigned counsel, and hereby stipulate and agree that, Plaintiff's claims against the Defendant, are voluntarily dismissed by Plaintiff with prejudice, each party to bear its own fees, costs, and expenses.

/s/ Dulce Donovan
DULCE DONOVAN
Assistant U.S. Attorney
Chief, Civil Division
50 Kennedy Plaza, 8th Floor
Providence, R.I. 02903
Attorney for Defendant,
Secretary of the Navy
(401) 709-5000
Email: dulce.donovan@usdoj.gov

/s/ Joseph F. Hook
JOSEPH F. HOOK, ESQ.
294 Valley Road
Middletown, Rhode Island 02842
Attorney for Plaintiff,
Alan Bradley
(401) 846-5200
Email: Joseph_hook@msn.com